UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-2255
_____

JAMILA RUSSELL; L.T.

v.

SUPERIOR COURT MARSHAL CHRISTOPHER RICHARDSON,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITY;
GOVERNMENT OF THE VIRGIN ISLANDS; SUPERIOR COURT OF THE VIRGIN
ISLANDS

*Superior Court of the Virgin Islands,
Superior Court Marshal Christopher Richardson,
in his individual and official capacity,
Appellants
_____

On Appeal from the District Court
of the Virgin Islands
(D.V.I. Civ. No. 1-15-cv-00049)
Honorable Anne E. Thompson, U.S. District Judge
_____

Argued: May 22, 2018

Before: KRAUSE, ROTH, and FISHER, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the Virgin Islands and was argued on May 22, 2018. Because proceedings in

the District Court have continued during the pendency of this appeal, we find that the

interests of the parties and the public are best served by issuing our judgment promptly.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on May 16, 2017, be and the same is hereby AFFIRMED in all respects except as to Appellees' gross negligence claim, on which point it is REVERSED. A formal opinion will follow. The time for filing a petition for rehearing shall run from the date that the Court's formal opinion is entered on the docket. Costs taxed against the Appellants.

By the Court,

s/Cheryl Ann Krause
Circuit Judge

ATTEST:


s/ Patricia S. Dodszuweit
Clerk

Dated:       July 18, 2018